UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANDREWS, | 1: 07 CV 0226 OWW WMW HC |
| Petitioner, | ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS AND DENYING SUBSEQUENT MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT |
| v. | |
| L. E. SCRIBNER, WARDEN, | [Doc. 2, 10] |
| Respondent. | |

Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. On February 1, 2007, Petitioner filed a request to proceed in forma pauperis. That request is HEREBY GRANTED nunc pro tunc.

On May 14, 2007, Petitioner filed a motion to proceed in forma pauperis. That motion is HEREBY DENIED as moot.

IT IS SO ORDERED.

**Dated:   May 24, 2007**                    **/s/  William M. Wunderlich**
                                                               UNITED STATES MAGISTRATE JUDGE